# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO CARVALHO, *et al*,<br><br>Defendants. | Case No. 2:12-cv-01688-APG-GWF<br><br>**O R D E R** |

Presently before the Court are Defendants' Motion to Dismiss for Failure to State a Claim for Relief (Dkt #32], and Defendants' Motion for Hearing on their Motion to Dismiss [Dkt #34].  Defendants seek dismissal of the Complaint's Fourth and Fifth Claims for Relief, related to foreclosure upon Deeds of Trust.  Subsequent to the filing of those Motions, Plaintiff filed a Second Amended Complaint [Dkt #43].  That Second Amended Complaint does not contain the causes of action that were the subject of Defendants' Motions.  Accordingly, the Motions are now moot.

**IT IS HEREBY ORDERED** denying Defendants' Motion to Dismiss [Dkt #32] and Motion for Hearing on [Dkt #34] as moot.

Dated:  May 14, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE