Jared Kahn, Esq.
Nevada Bar # 12603
4375 Polaris Ave, Suite # 4
Las Vegas, Nevada 89103
(503) 200-8218 Phone
(702) 998-5987 Fax
Jkahn42@gmail.com
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

U.S. SPECIALITY INSURANCE            )
COMPANY, a Texas Corporation,        )       CASE NO:  2:12-cv-1688-APG-GWF
                                     )
            Plaintiff,               )
                                     )
vs.                                  )
                                     )
ANGELO CARVALHO, an individual;      )     **JOINT STIPULATION AND**
BRIAN SPILSBURY, an individual;  DEE )     **[PROPOSED] ORDER TO EXTEND**
ANN SPILSBURY, an individual; KEVIN  )     **TIME FOR THIRD PARTY**
SPILSBURY, an individual;            )     **PLAINTIFFS TO RESPOND AND**
ANTHONETTE SPILSBURY, an            )     **THIRD PARTY DEFENDANT TO**
individual; JOINT FORCES, LLC, a     )     **REPLY TO THIRD PARTY**
Nevada limited liability company;    )     **DEFENDANT KORTE**
PREMIER MECHANICAL, LLC, a           )     **CONSTRUCTION COMPANY'S**
Nevada limited liability company; CREST )  **MOTIONS TO DISMISS**
RIDGE, LLC, a Nevada limited liability )
company; CAM CONSULTING, INC. , a    )     **(FIRST REQUEST)**
Nevada corporation; BRIAN SPILSBURY, )
TRUSTEE OF THE BRIAN E.              )
SPILSBURY TRUST DATED OCTOBER        )
28, 1999;  KEVIN J. SPILSBURY,       )
TRUSTEE OF THE KEVIN J.              )
SPILSBURY TRUST DATED OCTOBER        )
28, 1999; R. GLENN WOODS, TRUSTEE    )
OF THE KEVIN J. SPILSBURY 2000       )
TRUST; R. GLENN WOODS, TRUSTEE       )
OF THE BRIAN E. SPILSBURY 2000       )
TRUST; DOES I through X, inclusive;  )
ROE CORPORATIONS I through X,        )
inclusive,                           )
            Defendants.              )
_____)

BRIAN SPILSBURY, an individual;  DEE )
ANN SPILSBURY, an individual; KEVIN )
SPILSBURY, an individual; )
ANTHONETTE SPILSBURY, an )
individual; JOINT FORCES, LLC, a )
Nevada limited liability company; )
PREMIER MECHANICAL, LLC, a )
Nevada limited liability company; CREST )
RIDGE, LLC, a Nevada limited liability )
company; BRIAN SPILSBURY, )
TRUSTEE OF THE BRIAN E. )
SPILSBURY TRUST DATED OCTOBER )
28, 1999;  KEVIN J. SPILSBURY, )
TRUSTEE OF THE KEVIN J. )
SPILSBURY TRUST DATED OCTOBER )
28, 1999; R. GLENN WOODS, TRUSTEE )
OF THE KEVIN J. SPILSBURY 2000 )
TRUST; R. GLENN WOODS, TRUSTEE )
OF THE BRIAN E. SPILSBURY 2000 )
TRUST, )
                                                              )
                    Defendants/Third-Party )
                    Plaintiffs, )
                                                              )
vs. )
                                                              )
KORTE CONSTRUCTION COMPANY, )
a Missouri corporation, and, R&O )
CONSTRUCTION COMPANY, a Utah )
corporation, )
                                                              )
                    Third-Party Defendants )
_____ )

IT IS HERBY STIPULATED BETWEEN Defendants and Third Party Plaintiffs, Brian

& Dee Ann Spilsbury; Kevin and Anthonette Spilsbury;  Crest Ridge, LLC; Brian E. Spilsbury,

Trustee of the Brian E. Spilsbury Trust Dated October 28, 1999; Kevin J. Spilsbury, Trustee of

the Kevin J. Spilsbury Trust Dated October 28, 1999; R. Glenn Woods, Trustee of the Kevin J.

Spilsbury 2000 Trust; R. Glenn Woods, Trustee of the Brian E. Spilsbury 2000 Trust; Premier

Mechanical, LLC; and, Joint Forces, LLC (collectively "Third Party Plaintiffs"), through their

attorneys of record, and Third Party Defendant, Korte Construction Company ("Third Party Defendant"), through their attorneys of record, as follows:

1.     On May 6, 2013, Third Party Plaintiffs filed their Third Party Complaint against Third Party Defendants. *See Docket No. 52.*

2.     On June 17, 2013, Third Party Defendant filed its Motion to Dismiss and supporting Memorandum. *See Docket Nos. 59-61.*

3.     Third Party Plaintiff's Response to the Motion to Dismiss is due July 1, 2013.

4.     On June 25, 2013, Third Party Plaintiff's counsel was informed that he has to make an emergency trip to Los Angeles, CA, that will keep him away from the office through July 1, 2013.

5.     On June 25, 2013, counsel for Third Party Plaintiff and Third Party Defendant agreed to extend the deadline Third Party Plaintiff to file their Response to July 8, 2013.

6.     In light of this extension of Third Party Plaintiff's time to respond, the parties have further agreed that Third Party Defendants time to file a reply in support of their respective motions should likewise be extended one week.

7.     Furthermore, the parties have agreed that the hearing, when scheduled in this matter, will not occur until August 2013 because Third Party Plaintiff's counsel will be out of the country for the majority of the month of July.

/ / /

/ / /

/ / /

/ / /

8.      This is the first request for such an extension. This stipulated extension is sought

in good faith and not for the purposes of delay.

Dated this 25th day of June, 2013.


/s/ Jared B. Kahn                                    /s/   Leon Mead II
Jared B. Kahn, NV Bar # 12603              Leon F. Mead II, Esq., NV Bar # 5719
4375 Polaris Avenue, Suite 4                  3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89103                       Las Vegas, NV 89169
Phone:  (503) 200-8218                          Phone:  (702) 784-5200
Fax:      (702) 998-5987                          Fax:      (702) 783-5252
Email: Jkahn42@gmail.com                   Email: lmead@swlaw.com
Counsel for Third Party Plaintiffs          Counsel for Third Party Defendant
                                                              Korte Construction Company


**IT IS SO ORDERED:**


_____
UNITED STATES DISTRICT JUDGE


DATED:    June 26, 2013._____

## CERTIFICATE OF SERVICE

I certify that a copy of **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD PARTY PLAINTIFFS TO RESPOND AND THIRD PARTY DEFENDANT TO REPLY TO THIRD PARTY DEFENDANT KORTE CONSTRUCTION COMPANY'S MOTIONS TO DISMISS** has been served upon the following parties by CM/ECF:

- **Kurt C Faux**
  kfaux@fauxlaw.com,kfenn@fauxlaw.com,wsiepmann@fauxlaw.com,lfaux@fauxlaw.com,cchipman@fauxlaw.com,jharper@fauxlaw.com

- **Jared B. Kahn**
  Jkahn42@gmail.com

- **Kent F Larsen**
  kfl@slwlaw.com,cjm@slwlaw.com

- **Leon F Mead , II**
  lmead@swlaw.com,rtuttle@swlaw.com,DOCKET_LAS@swlaw.com

- **Willi H. Siepmann**
  wsiepmann@fauxlaw.com,kfenn@fauxlaw.com,jharper@fauxlaw.com

Dated this 26th day of June, 2013.

/s/ Jared B. Kahn_____
Jared B. Kahn, Esq., NV Bar # 12603
4375 Polaris Avenue, Suite 4
Las Vegas, Nevada 89103
(503) 200-8218 Phone
(702) 998-5987 Fax
Jkahn42@gmail.com