Jared Kahn, Esq.
Nevada Bar # 12603
4375 Polaris Ave, Suite # 4
Las Vegas, Nevada 89103
(503) 200-8218 Phone
(702) 998-5987 Fax
Jkahn42@gmail.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. SPECIALITY INSURANCE COMPANY, a Texas Corporation, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) |
| ANGELO CARVALHO, an individual; BRIAN SPILSBURY, an individual;  DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC, a Nevada limited liability company; CAM CONSULTING, INC. , a Nevada corporation; BRIAN SPILSBURY, TRUSTEE OF THE BRIAN E. SPILSBURY TRUST DATED OCTOBER 28, 1999;  KEVIN J. SPILSBURY, TRUSTEE OF THE KEVIN J. SPILSBURY TRUST DATED OCTOBER 28, 1999; R. GLENN WOODS, TRUSTEE OF THE KEVIN J. SPILSBURY 2000 TRUST; R. GLENN WOODS, TRUSTEE OF THE BRIAN E. SPILSBURY 2000 TRUST; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

CASE NO:   2:12-cv-1688-APG-GWF

**O R D E R**

**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR THIRD PARTY PLAINTIFFS TO RESPOND AND THIRD PARTY DEFENDANT TO REPLY TO THIRD PARTY DEFENDANT KORTE CONSTRUCTION COMPANY'S MOTIONS TO STRIKE DECLARATION OF KEVIN SPILSBURY**

**(FIRST REQUEST)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

BRIAN SPILSBURY, an individual;  DEE )
ANN SPILSBURY, an individual; KEVIN )
SPILSBURY, an individual; )
ANTHONETTE SPILSBURY, an )
individual; JOINT FORCES, LLC, a )
Nevada limited liability company; )
PREMIER MECHANICAL, LLC, a )
Nevada limited liability company; CREST )
RIDGE, LLC, a Nevada limited liability )
company; BRIAN SPILSBURY, )
TRUSTEE OF THE BRIAN E. )
SPILSBURY TRUST DATED OCTOBER )
28, 1999;  KEVIN J. SPILSBURY, )
TRUSTEE OF THE KEVIN J. )
SPILSBURY TRUST DATED OCTOBER )
28, 1999; R. GLENN WOODS, TRUSTEE )
OF THE KEVIN J. SPILSBURY 2000 )
TRUST; R. GLENN WOODS, TRUSTEE )
OF THE BRIAN E. SPILSBURY 2000 )
TRUST, )
                                                                )
                         Defendants/Third-Party )
                         Plaintiffs, )
                                                                )
vs. )
                                                                )
KORTE CONSTRUCTION COMPANY¸ )
a Missouri corporation, and, R&O )
CONSTRUCTION COMPANY, a Utah )
corporation, )
                                                                )
                         Third-Party Defendants )
_____ )

22

23

24

25

26

27

28

       IT IS HERBY STIPULATED BETWEEN Defendants and Third Party Plaintiffs, Brian

& Dee Ann Spilsbury; Kevin and Anthonette Spilsbury;  Crest Ridge, LLC; Brian E. Spilsbury,

Trustee of the Brian E. Spilsbury Trust Dated October 28, 1999; Kevin J. Spilsbury, Trustee of

the Kevin J. Spilsbury Trust Dated October 28, 1999; R. Glenn Woods, Trustee of the Kevin J.

Spilsbury 2000 Trust; R. Glenn Woods, Trustee of the Brian E. Spilsbury 2000 Trust; Premier

Mechanical, LLC; and, Joint Forces, LLC (collectively "Third Party Plaintiffs"), through their

attorneys of record, and Third Party Defendant, Korte Construction Company ("Third Party Defendant"), through their attorneys of record, as follows:

1.      On July 19, 2013, Third Party Defendant filed its Motion to Strike or Disregard the Declaration of Kevin Spilsbury, and, its supporting Memorandum thereto. *See Docket Nos.* 76 and 77.

2.      Third Party Plaintiff's Response to the Motion to Strike is due August 5, 2013.

3.      Counsel for Third Party Plaintiffs has been in Europe since the beginning of July and just returned July 31, 2013.

4.      On August 2, 2013, counsel for Third Party Plaintiff and Third Party Defendant agreed to extend the deadline for Third Party Plaintiff to file their Response to August 22, 2013.

5.      In light of this extension of Third Party Plaintiff's time to respond, the parties have further agreed that Third Party Defendants time to file a reply in support of their respective motions should likewise be extended two weeks.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6.      This is the first request for such an extension. This stipulated extension is sought

in good faith and not for the purposes of delay.

Dated this 2nd day of August, 2013.


/s/ Jared B. Kahn_____          /s/ Leon Mead, II_____
Jared B. Kahn, NV Bar # 12603              Leon F. Mead, II, Esq., NV Bar # 5719
4375 Polaris Avenue, Suite 4               3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89103                    Las Vegas, NV 89169
Phone:  (503) 200-8218                     Phone:   (702) 784-5200
Fax:     (702) 998-5987                    Fax:     (702) 783-5252
Email: Jkahn42@gmail.com                   Email: lmead@swlaw.com
Counsel for Third Party Plaintiffs         Counsel for Third Party Defendant
                                           Korte Construction Company


## **O R D E R**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE


DATED:_____

August 6, 2013.

**CERTIFICATE OF SERVICE**

I certify that a copy of **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD PARTY PLAINTIFFS TO RESPOND AND THIRD PARTY DEFENDANT TO REPLY TO THIRD PARTY DEFENDANT KORTE CONSTRUCTION COMPANY'S MOTIONS TO STRIKE DECLARATION OF KEVIN SPILSBURY** has been served upon the following parties by CM/ECF:

**Cass C. Butler**    cassbutler@cnmlaw.com, rbeall@cnmlaw.com

**Chet A Glover**    cag@slwlaw.com, dph@slwlaw.com

**Colin R. Chipman**    cchipman@fauxlaw.com, jharper@fauxlaw.com

**Jared B. Kahn**    Jkahn42@gmail.com

**Kent F Larsen**    kfl@slwlaw.com, cjm@slwlaw.com

**Kurt C Faux**    kfaux@fauxlaw.com, cchipman@fauxlaw.com, jfaux@fauxlaw.com, jharper@fauxlaw.com, kfenn@fauxlaw.com, lfaux@fauxlaw.com

**Leon F Mead , II**    lmead@swlaw.com, DOCKET_LAS@swlaw.com, rtuttle@swlaw.com

**Willi H. Siepmann**    wsiepmann@fauxlaw.com, jharper@fauxlaw.com, kfenn@fauxlaw.com

Dated this 6th day of August, 2013.

/s/ Jared B. Kahn_____
Jared B. Kahn, Esq., NV Bar # 12603
4375 Polaris Avenue, Suite 4
Las Vegas, Nevada 89103
(503) 200-8218 Phone
(702) 998-5987 Fax
Jkahn42@gmail.com