Jared Kahn, Esq.
Nevada Bar # 12603
4375 Polaris Ave, Suite # 4
Las Vegas, Nevada 89103
(503) 200-8218 Phone
(702) 998-5987 Fax
Jkahn42@gmail.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. SPECIALITY INSURANCE COMPANY, a Texas Corporation, | CASE NO:   2:12-cv-1688-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATED MOTION AND ORDER TO RESCHEDULE HEARING** |
| ANGELO CARVALHO, et al. | |
| Defendants. | |
| BRIAN SPILSBURY, et al., | |
| Defendants/Third-Party Plaintiffs, | |
| vs. | |
| KORTE CONSTRUCTION COMPANY, a Missouri corporation, and, R&O CONSTRUCTION COMPANY, a Utah corporation, | |
| Third-Party Defendants | |

COMES NOW Plaintiff U.S. Specialty Insurance Company ("Plaintiff"), by and through its counsel Colin Chipman, Esq., and Defendants Brian & Dee Ann Spilsbury; Kevin and Anthonette Spilsbury;  Crest Ridge, LLC; Brian E. Spilsbury, Trustee of the Brian E. Spilsbury

Trust Dated October 28, 1999; Kevin J. Spilsbury, Trustee of the Kevin J. Spilsbury Trust Dated October 28, 1999; R. Glenn Woods, Trustee of the Kevin J. Spilsbury 2000 Trust; R. Glenn Woods, Trustee of the Brian E. Spilsbury 2000 Trust; Premier Mechanical, LLC; and, Joint Forces, LLC ("Defendants"), by and through their counsel Jared Kahn, Esq., and hereby move the court, as evidenced by the stipulation and agreement of the parties below, that the hearing on Plaintiff's Motion to Stay currently scheduled for November 14, 2013, at 3:00 p.m., before Magistrate Judge George W. Foley, shall be continued to the following date and time:

<u>December 13, 2013, at 9:30 a.m, Courtroom 3A.</u>

Dated this <u>13</u>th day of <u>November</u>, 2013.

| PRESENTED AND STIPULATED BY: | STIPULATED BY: |
|---|---|
| /s/ Jared B. Kahn_____ | /s/ Colin Chipman_____ |
| Jared B. Kahn, Nevada Bar # 12603 | Colin Chipman, Nevada Bar # 10544 |
| 4375 Polaris Avenue, Suite 4 | 1540 W. Warm Springs Rd., # 100 |
| Las Vegas, Nevada 89103 | Henderson, NV 89104 |
| Ph: (503) 200-8218 | Ph: (702) 458-5790 |
| Fax: (702) 998-5987 | Fax: (702) 458-5794 |
| Jkahn42@gmail.com | cchipman@fauxlaw.com |
| Counsel for Defendants | Counsel for Plaintiff |

**ORDER**

UPON A READING of the foregoing Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the hearing presently scheduled for November 14, 2013, at 3:00 p.m. shall be continued to the <u>13</u>th day of <u>December, 2013</u>, at <u>9:30 a.m</u>, Courtroom <u>3A</u>.

DATED this ___14th___ day of November, 2013.

_____
MAGISTRATE JUDGE GEORGE FOLEY