# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,           )<br>                                                                            )<br>                         Plaintiff,                              )     Case No.  2:12-cv-01688-APG-GWF<br>                                                                            )<br>vs.                                                                    )     **ORDER**<br>                                                                            )<br>ANGELO CARVALHO, *et al.*,                        )<br>                                                                            )<br>                         Defendants.                         )<br>_____ ) | |

This matter is before the Court on the Stipulation to Reschedule Hearing on Motion to Stay (#109) filed January 10, 2014 requesting the Court continue the hearing currently set for January 13, 2014 so that parties could continue to discuss a possible resolution regarding this motion.  The Motion is fully briefed.  At the request of the parties, however, this motion has been rescheduled for hearing on three previous occasions.  Rather than grant a further continuance of the hearing on the motion to stay, the Court will deny the motion for stay, without prejudice to its refiling if the parties are unable to resolve the matter.  Accordingly,

**IT IS HEREBY ORDERED** that the the Stipulation to Reschedule Hearing on Motion to Stay (#109) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay (#92) is **denied**, without prejudice to its refiling if the parties are unable to resolve the matters in dispute.

DATED this 13th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge