# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,  )<br>                                                            )<br>               Plaintiff,                                  )<br>                                                            )<br>vs.                                                        )<br>                                                            )<br>ANGELO CARVALHO, *et al.*,                  )<br>                                                            )<br>               Defendants.                            )<br>_____ ) | Case No.  2:12-cv-01688-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5).  The Discovery Plan and Scheduling Order (#48) filed March 20, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 10, 2013. Plaintiffs filed a Motion to Stay Proceedings (#92) on September 24, 2013.  The hearing on said motion was continued by stipulation three times.  The Stipulation to Reschedule Hearing on Motion to Stay (#109) was denied by the Court on January 13, 2014.  There are no dispositive motions pending.  To date, the parties have not filed the required joint pretrial order.  Accordingly,

**IT IS ORDERED** that

1.  Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **March 3, 2014**.  Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge