UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

U.S. SPECIALTY INSURANCE COMPANY,

    Plaintiff,

vs.

ANGELO CARVALHO, *et al.*,

    Defendants.

Case No. 2:12-cv-01688-APG-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#48) filed March 20, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 10, 2013. Plaintiffs filed a Motion to Stay Proceedings (#92) on September 24, 2013. The hearing on said motion was continued by stipulation three times. The Stipulation to Reschedule Hearing on Motion to Stay (#109) was denied by the Court on January 13, 2014. There are no dispositive motions pending. To date, the parties have not filed the required joint pretrial order. Accordingly,

    **IT IS ORDERED** that

    1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **March 3, 2014**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge