1  KURT C. FAUX
   Nevada Bar No. 003407
2  COLIN R. CHIPMAN
   Nevada Bar No. 10544
3  THE FAUX LAW GROUP
   1540 W. Warm Springs Road, #100
4  Henderson, Nevada 89014
5  Telephone: (702) 458-5790
   Facsimile: (702) 458-5794
6  Email: kfaux@fauxlaw.com
7         cchipman@fauxlaw.com

8  *Attorneys for U.S. Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>                    Plaintiff,<br>v.<br><br>ANGELO CARVALHO, an individual; BRIAN SPILSBURY, an individual; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC, a Nevada limited liability company; CAM CONSULTING, INC., a Nevada corporation; BRIAN E. SPILSBURY, TRUSTEE OF THE BRIAN E. SPILSBURY TRUST DATED OCTOBER 28, 1999; KEVIN J. SPILSBURY, TRUSTEE OF THE KEVIN J. SPILSBURY TRUST DATED OCTOBER 28, 1999; R. GLEN WOODS, TRUSTEE OF THE KEVIN J. SPILSBURY 2000 TRUST; R. GLEN WOODS, TRUSTEE OF THE BRIAN E. SPILSBURY 2000 TRUST; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | CASE NO:   2:12-CV-01688-APG-GWF<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

1

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

BRIAN SPILSBURY, an individual; DEE ANN SPILSBURY, an individual; KEVIN SPILSBURY, an individual; ANTHONETTE SPILSBURY, an individual; JOINT FORCES, LLC, a Nevada limited liability company; PREMIER MECHANICAL, LLC, a Nevada limited liability company; CREST RIDGE, LLC, a Nevada limited liability company; BRIAN SPILSBURY, TRUSTEE OF THE BRIAN E. SPILSBURY TRUST DATED OCTOBER 28, 1999; KEVIN J. SPILSBURY, TRUSTEE OF THE KEVIN J. SPILSBURY TRUST DATED OCTOBER 28, 1999; R. GLENN WOODS, TRUSTEE OF THE KEVIN J. SPILSBURY 2000 TRUST; R. GLENN WOODS, TRUSTEE OF THE BRIAN E. SPILSBURY 2000 TRUST,

Defendants/Third-Party Plaintiffs,

vs.

KORTE CONSTRUCTION COMPANY, a Missouri corporation, and, R&O CONSTRUCTION COMPANY, a Utah corporation,

Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, U.S. Speciality Insurance Company, by and through its counsel, The Faux Law Group, Defendants Brian & Dee Ann Spilsbury; Kevin and Anthonette Spilsbury; Joint Forces, LLC; Premier Mechanical, LLC; Crest Ridge, LLC; Brian E. Spilsbury, Trustee of the Brian E. Spilsbury Trust Dated October 28, 1999; Kevin J. Spilsbury, Trustee of the Kevin J. Spilsbury Trust Dated October 28, 1999; R. Glenn Woods, Trustee of the Kevin J. Spilsbury 2000 Trust; and, R. Glenn Woods, Trustee of the Brian E. Spilsbury 2000 Trust), by and through their counsel, Jared Kahn, Esq. and Third-Party Defendant R&O Construction Company, by and through its counsel, Callister, Nebeker & McCullough and Smith Larsen & Wixom, that the above-entitled action be dismissed **without**

2

**prejudice**, with each party to bear their own attorney's fees and costs. This stipulation of dismissal without prejudice is made subject to the parties' reservation of rights to reassert their claims and defenses including but not limited to the claims and defenses set forth in this matter.

DATED this 6th day of March, 2014

/s/ Jared B. Kahn
JARED B. KAHN, ESQ.
4375 Polaris Avenue, Suite 4
Las Vegas, NV 89103
*Attorneys for Defendants*

**THE FAUX LAW GROUP**

/s/ Colin R. Chipman
KURT C. FAUX, ESQ.
COLIN R. CHIPMAN, ESQ.
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
*Attorneys for Plaintiff*

**SMITH LARSEN & WIXOM**

/s/ Kent F. Larsen
KENT F. LARSEN, ESQ
CHET A. GLOVER, ESQ.
1935 Village Center Circle
Las Vegas, NV 89134
*Attorneys for R&O Construction Company*

**CALLISTER NEBEKER & McCULLOUGH**

/s/ Cass C. Butler
CASS C. BUTLER, ESQ,
10 East South Temple, Suite 900
Salt Lake City, UT 84133
*Attorneys for R&O Construction Company*

**ORDER**

**IT IS SO ORDERED**.

Dated: March 6, 2014.

_____
UNITED STATES DISTRICT JUDGE